# IN THE UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF ALABAMA

**In re:**                                                            **CASE NO. 23-30008**
**LAWANDA DENISE ROBINSON,**

     **Debtor(s)**                                                               **CHAPTER 13**

## NOTICE OF CONTINUED 11 U.S.C. § 341 MEETING OF CREDITORS AND CONTINUED CONFIRMATION HEARING

The Debtor(s) Meeting of Creditors has been continued to:

**Date:**      **MARCH 6, 2023**
**Time:**      **2:30 PM**
**Location:**   **U. S. Courthouse, Montgomery-https://www.zoomgov.com/j/16191675803**

The hearing on the confirmation of the plan has been continued to:

**Date:**      **APRIL 20, 2023**
**Time:**      **10:00 AM**
**Location:**   **U. S. Courthouse, Montgomery, AL - One Church St., Courtroom 4D**

/s/Christopher L. Stanfield
Bar ID #STA101
Post Office Drawer 311167, Enterprise, Alabama 36331-1167
(334) 393-4357/ (334) 393-0026 FAX/bankruptcy@brockandstoutlaw.com

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this day mailed a true and exact copy of the foregoing Notice to the parties listed below by electronically mailing or by placing a copy of the same in the United States Mail, postage prepaid and properly addressed on February 15, 2023.

Danielle Greco, Bankruptcy Administrator      Sabrina L. McKinney
ba@almb.uscourts.gov                                      mckinneys@ch13mdal.org

/s/Christopher L. Stanfield
Bar ID #STA101
Post Office Drawer 311167, Enterprise, Alabama 36331-1167
(334) 393-4357/ (334) 393-0026 FAX/bankruptcy@brockandstoutlaw.com